### DRYDEN H. CAMPBELL vs. ELIZA SPENCER.

When service of papers is made by leaving them in a conspicuous place in the office, the affidavit must state, *that there was no person in the office* at the time.

*Motion by defendant to vacate a stipulation referring this cause.*—This motion was denied on the ground of defective service of the papers for the motion.   The affidavit of service reads as follows : " being duly sworn, says, that on the 27th day of January, instant, at about 5 o'clock in the afternoon of that day, he served on L. H. Card, the plaintiff's attorney, a copy of the foregoing affidavit and notice, by leaving the same in a conspicuous place in his office at the time above mentioned, the said L. H. Card being then absent therefrom."

O. ALLEN, *Defts Counsel.*            R. H. MARTIN, *Defts Atty.*

M. T. REYNOLDS, *Plffs Counsel.*            L. H. CARD, *Plffs Atty.*

NELSON, Chief Justice.—The affidavit does not come within the rule. it should state *that no person was in the office* at the time of such service.

Motion denied, with costs, without prejudice.